THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. |
| ANGEL BORRERO, et al | September 3, 2024 |
| | **Filed Under Seal** |

## MOTION TO SEAL

In accordance with Local Rule 57 of the Local Rules of Criminal Procedure, the United States of America respectfully moves to seal the complaints, affidavit, arrest warrants, and any supporting or corresponding documents on the docket for the safety of the defendants, victims, and witnesses and for compelling law enforcement reasons. The affidavit implies that one of the codefendants has expressed an interest in cooperating with law enforcement against his fellow codefendants. The United States submits that sealing is necessary because if it becomes public that the defendants have been charged with federal crimes, the physical safety of certain witnesses and victims may be in jeopardy. The government believes that sealing this matter temporarily can both ensure the safety of the victims, witnesses, and codefendants and help law enforcement achieve its compelling interests.

Accordingly, the United States submits that sealing of the complaints in this case, along with all associated documents, until further order of the Court is warranted because the presumption of access to these investigative documents is outweighed by these countervailing factors in favor of sealing. Moreover, even if a higher standard for sealing applied, sealing these documents is essential to preserve the compelling interests set forth above and narrowly tailored to serve those interests.

For this reason, the United States respectfully requests that the Court seal these records.

Respectfully submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/Ross Weingarten
ROSS WEINGARTEN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv207478
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700