UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　　　　　　　　CRIMINAL NO. 3:24CR186(SVN)

ANGEL BORRERO　　　　　　　　　　　　DECEMBER 3, 2024

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Undersigned counsel, Lillian Odongo, moves, pursuant to Local Rule of Civil Procedure 7(e), as incorporated by Local Rule of Criminal Procedure 1(c), to withdraw her appearance in this case as she resigned from the Office of the Federal Defender effective December 2, 2024. First Assistant Federal Public Defender Kelly Barrett has already entered an appearance in this case on December 2, 2024.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THE DEFENDANT,
　　　　　　　　　　　　　　　　　　Angel Borrero

　　　　　　　　　　　　　　　　　　FEDERAL DEFENDER OFFICE

Date: December 03, 2024　　　　　　　/s/ Lillian Odongo
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　265 Church Street, 7th FL
　　　　　　　　　　　　　　　　　　New Haven, CT 06510
　　　　　　　　　　　　　　　　　　Phone: (203) 498-4200
　　　　　　　　　　　　　　　　　　Bar No.: phv10994

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 03, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Lillian Odongo*
Lillian Odongo