**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CRIMINAL HEARING MINUTES**

Date: February 26, 2025  
Case #: 3:24-cr-00186-SVN  
Dft #: 1

**UNITED STATES OF AMERICA**

Vs.

Angel Borrero

Honorable Judge: Sarala V. Nagala  
Deputy Clerk: S. Bergeson  
AUSA: R. Weingarten  
Counsel for Defendant: M. Petrik, Jr.  
☐ Retained  ☐ CJA  ■ FPD

Start Time: 11:01 AM  End Time: 12:03 PM  
Recess (if more than ½ hr) _____ to _____  
USPO: _____  
Reporter/ECRO/FTR: Denae Hovland  
Interpreter: _____ Language: _____

Total Time: 1 hours 2 minutes  
Hearing held: ■ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

| | | | |
|---|---|---|---|
| ☐ Initial Appearance ____ | ☐ Initial Appear. Rule 5 ____ | ☐ Detention ____ | ☐ Arraignment ____ |
| ☐ Motion ____ | ☐ Bond ____ | ☐ Waiver/Plea ____ | ☐ Probable Cause ____ |
| ■ Change of Plea  62 mins | ☐ Conflict ____ | ☐ Evidentiary ____ | ☐ Extradition ____ |
| ☐ Status Conference ____ | ☐ Competency ____ | ☐ In Camera ____ | ☐ Frye ____ |

☐ Arrest or ☐ Self surrender  Date _____  
☐ Case Unsealed  
☐ Deft failed to appear  
☐ CJA23 financial affidavit filed under seal  
☐ Oral Brady Order entered and paper to issue  

☐ Rule 5 charging district _____  
☐ Order appointing FPD  
☐ Order appointing Attorney _____  
☐ Set ATTY flag and notify grievance clerk  
☐ Defendant waives right to proceed in-person

**FILED IN COURT**

| | | |
|---|---|---|
| ☐ Complaint with affidavit | ☐ Sealed Complaint with affidavit | ☐ Waiver of Indictment (case opening) |
| ☐ Felony Information | ☐ Misdemeanor Information | ☐ Waiver of Indictment (mid-case) |
| ☐ Superseding Information | ☐ Substitute Information | ☐ Sealed Information |

**PLEA**

Plea entered of ☐ NOT guilty  ■ guilty  ☐ nolo contendere;  As to counts 1, 3  
Plea agreement letter ■ filed  ☐ under seal  ☐ to be filed  
☐ Petition to enter guilty plea filed

**SENTENCING**

■ Sentencing set for 06/25/25 at 2:00 PM  
■ Probation 246B Order for PSI & Report filed  
☐ Special Assessment of $_____ on count(s) _____. Total of $_____  ☐ due now  ☐ due at sentencing

Page **1** of **2**

**ORDERS**
☐ Waiver of Rule 5 hearing filed
☐ Defendant motions due_____, Govt. responses due _____
☐ Scheduling Order filed  ☐ to be filed; ☐Sentencing scheduling order filed
☐ Hearing on pending motions scheduled for _____ at _____
☐ Jury Selection set for _____ at_____ before Judge_____
☐ Defendant's motion for waiver of 10-day notice filed;  ☐ Granted    ☐Denied       ☐Advisement _____ hearing set for _____ ;  continued until_____

**DETENTION**
☐ Govt's motion for pretrial detention filed ☐ Granted  ☐Denied   ☐Advisement
☐ Order of detention filed
☐ Bond set at $_____   ☐ reduced to $_____ ;  ☐Non-surety   ☐Surety    ☐Personal recognizance
☐ Bond  ☐revoked   ☐reinstated   ☐continued   ☐modified
☐ No bond set at this time
☐ Order of temporary detention pending hearing filed
☐ Defendant detained
☐ Defendant ordered removed/committed to originating/other District of _____

**CONDITIONS OF BOND**
☐ Connecticut restricted travel extended to_____ upon obtaining permission from the USPO. A motion for any other travel with copies to the government and USPO must be filed and approved by the Court.
☐ Defendant must reside at _____.
☐ Defendant must report to USPO ____times a ☐week ☐month; ☐by telephone ☐in person ☐ at USPO discretion
☐ Defendant must surrender passport to the USPO  ☐ must not apply for passport
☐ Defendant must refrain from possessing firearms or dangerous weapons
☐ Defendant must refrain from use or unlawful possession, or distribution of narcotic drug
☐ Defendant must maintain employment or actively seek employment
☐ As set forth in the Order Setting Conditions of Release
☐ Other _____
_____

**MOTIONS**
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement
☐ Motion for _____filed by☐ USA ☐defendant, ☐granted   ☐denied  ☐advisement

**NOTES**
The Court accepted the Defendant's guilty plea._____
_____
_____
_____