UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:24-CR-00186-SVN |
| | : | |
| v. | : | February 27, 2025 |
| | : | |
| BORRERO, ET AL | : | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Assistant United States Attorney Karen Peck as counsel for the United States of America in the above-captioned case.

                                  */s/*
                                  KAREN L. PECK
                                  ASSISTANT UNITED STATES ATTORNEY
                                  United States Attorney's Office
                                  1000 Lafayette Boulevard, 10th Floor
                                  Bridgeport, CT 06604
                                  Karen.Peck@usdoj.gov
                                  203-696-3000
                                  Fax: 203-579-5550
                                  Federal Bar No. CT14959

## CERTIFICATE OF SERVICE

This is to certify that on this day, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                  */s/*
                                  KAREN L. PECK
                                  ASSISTANT UNITED STATES ATTORNEY