UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

       v.                                  CRIMINAL NO. 3:24-CR-186-SVN

ANGEL BORRERO                             June 2, 2025

## **MOTION TO CONTINUE SENTENCING AND SCHEDULING ORDER DEADLINES**

Angel Borrero respectfully moves to continue his sentencing hearing presently set for June 25, 2025 to September 25, 2025 or a date thereafter. Mr. Borrero also respectfully requests that the Court reschedule the filing deadlines ordered by the Court to conform with the new sentencing date in accord with the Court's usual scheduling practice. In support of this motion, undersigned counsel states the following:

1. On February 26, 2025 Mr. Borrero pleaded guilty to counts one and three of the indictment pursuant to the plea agreement filed with the Court.

2. On May 14, 2025 United States Probation filed the draft Presentence Report. On May 27, 2025 Mr. Borrero sent his objections to Probation copying the government.

3. The final draft of the Presentence Report is due June 6, 2025.

4. Mr. Borrero requires more time to gather and submit mitigating evidence for consideration by Probation and the government.

5. In addition I require a continuance to meet with, adequately prepare and effectively represent Mr. Borrero as we prepare for sentencing.

6. I have conferred with the United States Probation Officer and government counsel. The Probation Officer and government counsel do not object to continuing sentencing to September 25, 2025 or a date therafter or to adjusting the scheduling order in accord with that date.

WHEREFORE, Mr. Borrero respectfully requests that the Court continue his sentencing hearing presently set for June 25, 2025 to September 25, 2025 or a date thereafter. Mr. Borrero also respectfully requests that the Court reschedule the filing deadlines ordered by the Court to conform with the new sentencing date in accord with the Court's usual scheduling practice.

                                              Respectfully Submitted,

                                              THE DEFENDANT,
                                              Angel Borrero

                                              FEDERAL DEFENDER OFFICE

Date: June 02, 2025                      /s/ M.Petrik
                                              Michael Petrik. Jr.
                                              Assistant Federal Defender
                                              Bar No.: phv208404
                                              265 Church Street, Suite 702
                                              New Haven, CT 06510
                                              Phone: (203) 498-4200
                                              Email: michael_petrik @fd.org

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 02, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ M.Petrik  
    Michael Petrik. Jr.