UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 3:24-CR-186-SVN

ANGEL BORRERO                               September 15, 2025

### MOTION TO CONTINUE SENTENCING AND SCHEDULING ORDER DEADLINES

Angel Borrero respectfully moves to continue his sentencing hearing presently set for October 7, 2025 to December 9, 2025 or a date thereafter. Mr. Borrero also respectfully requests that the Court reschedule the filing deadlines ordered by the Court to conform with the new sentencing date in accord with the Court's usual scheduling practice. In support of this motion, undersigned counsel states the following:

1. On February 26, 2025 Mr. Borrero pleaded guilty to counts one and three of the indictment pursuant to the plea agreement filed with the Court.

2. On May 14, 2025 United States Probation filed the draft Presentence Report. On May 27, 2025 Mr. Borrero sent his objections to Probation copying the government.

3. Mr. Borrero requires more time to gather and submit mitigating evidence to supplement the draft Presentence Report. Mr. Borrero still awaits some responses to records requests that he has made.

4. In addition I require this continuance to meet with, adequately prepare and effectively represent Mr. Borrero as we prepare for sentencing.

5. I have conferred with the United States Probation Officer and government counsel. The Probation Officer and government counsel do not object to continuing sentencing to December 9, 2025 or a date thereafter or to adjusting the scheduling order in accord with that date.

WHEREFORE, Mr. Borrero respectfully requests that the Court continue his sentencing hearing presently set for October 7, 2025 to December 9, 2025 or a date thereafter. Mr. Borrero also respectfully requests that the Court reschedule the filing deadlines ordered by the Court to conform with the new sentencing date in accord with the Court's usual scheduling practice.

                                            Respectfully Submitted,

                                            THE DEFENDANT,
                                            Angel Borrero

                                            FEDERAL DEFENDER OFFICE

Date: September 15, 2025              /s/ M.Petrik_____
                                            Michael Petrik. Jr.
                                            Assistant Federal Defender
                                            Bar No.: phv208404
                                            265 Church Street, Suite 702
                                            New Haven, CT 06510
                                            Phone: (203) 498-4200
                                            Email: michael\_petrik @fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ M.Petrik
Michael Petrik. Jr.